# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ANDREA G. SANIEL,

    Plaintiff(s),

vs.

RECONTRUST COMPANY; BANK OF AMERICA; COUNTRYWIDE HOME LOANS; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.;

    Defendant(s).

Case: 2:09-cv-2290-RLH-RJJ

**O RD E R**
(Motion to Cancel Lis Pendens –#38)

The Court having considered Defendants' **Motion for Order Cancelling Lis Pendens** (#38, filed October 14, 2014), and finding good cause therefore,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED and the Lis Pendens recorded October 19, 2009, be lifted, cancelled and otherwise removed.

Dated: October 20, 2014.

_____
**Roger L. Hunt**
**United States District Judge**